## HULME v. DUNLAVEY *et al.*

No. 4845.    Opinion Filed July 27. 1915.

(150 Pac. 1054.)

**APPEAL AND ERROR—Briefs—Necessity.** Where plaintiff in error has failed to file brief as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and offered no excuse for such failure, the cause will be dismissed.

(Syllabus by McKeown, C.)

*Error from Superior Court, Custer County;*
*J. W. Lawter, Judge.*

Action by W. W. Dunlavey against Elcie Maud Moore, George W. Hulme, and others. Judgment for plaintiff, and defendant George W. Hulme brings error. Dismissed.

*Geo. T. Webster,* for plaintiff in error.

*Swan C. Burnette,* for defendant in error.

Opinion by McKEOWN, C. The petition in error and the transcript of the record in this case was filed in this court February 27, 1913. Neither party has filed a brief, nor offered any excuse for their failure to do so. It is

evident that the appeal has been abandoned, and the motion of defendant in error to dismiss will be sustained, and cause dismissed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix).

By the Court:  It is so ordered.